**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60919-CIV-SMITH**

MARCOS COTAYO,

    Plaintiff,
vs.

FEDERAL EXPPRESS
CORPORATION,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 67], in which the Magistrate Judge recommends that Defendant be awarded **$3,778.10** in costs to be paid to Defendant's counsel. No objections have been filed. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report and Recommendation to District Judge [DE 67] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Defendant's Motion for Bill of Costs is **GRANTED in part and DENIED in part.** Defendant shall be awarded **$3,778.10** only.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of November 2022.

cc: Counsel of record

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**
